# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX, Plaintiff, v. NEWSOM, *et al.*, Defendants. | Case No. 1:25-cv-00797-BAM (PC) ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AS PREMATURE (ECF No. 35) |

Plaintiff Cottrell L. Broadnax ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This case was initiated on May 28, 2025, in the United States District Court for the Northern District of California. (ECF No. 1.) The matter was transferred to this Court on June 30, 2025. (ECF No. 15.)

Currently before the Court is Plaintiff's motion for settlement conference, filed October 30, 2026. (ECF No. 35.) Although not entirely clear, Plaintiff appears to seek an order to attend a settlement conference with volunteer counsel.[1] (*Id.* at 3, 12.)

Plaintiff's motion for a settlement conference is premature and will be denied without

[1] Plaintiff repeatedly alleges "illegal confinement." (ECF No. 35 at 1, 9, 11, 12, 13, 14.) To the extent Plaintiff is attempting to challenge his conviction or the validity of his continued confinement, the exclusive method for asserting that challenge is by filing a petition for a writ of habeas corpus. It has long been established that state prisoners cannot challenge the fact or duration of their confinement in a section 1983 action, and their sole remedy lies in habeas corpus relief. *Wilkinson v. Dotson*, 544 U.S. 74, 78 (2005).

prejudice. Plaintiff again is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915A(b). Plaintiff's complaint has not been screened, no defendant has been ordered served, and no defendant has appeared. The Court therefore finds that a settlement conference would be premature at this time. Plaintiff's complaint will be screened in due course.

Accordingly, Plaintiff's motion for settlement conference, (ECF No. 35), is DENIED without prejudice as premature.

IT IS SO ORDERED.

Dated: **November 10, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE